UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION



UNITED STATES OF AMERICA

v.  CASE NO. 3:25-cr-181(S1)-MMH-MCR
    21 U.S.C. § 846

DANIEL DON JUAN
CLEMENCIA LOERA-CORDOZA
FIDEL GUTIERREZ-MERAZ
LESLY ANAHI BAEZA

## SUPERSEDING INDICTMENT
(Drug Trafficking Conspiracy)

The Grand Jury charges:

### COUNT ONE

Beginning in or about December 2022, and continuing though in or about April 2025, in the Middle District of Florida, and elsewhere, the defendants,

DANIEL DON JUAN,
CLEMENCIA LOERA-CORDOZA,
FIDEL GUTIERREZ-MERAZ, and
LESLY ANAHI BAEZA,

did knowingly and willfully conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute and to possess with intent to distribute a controlled substance. The violation involved 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

Before DANIEL DON JUAN committed the offense charged in this count, he had a final conviction for a serious drug felony, specifically a conviction for Conspiracy to Possess with Intent to Distribute a Controlled Substance, on or about April 20, 2018, in the Northern District of Texas, *Case No. 3:18-CR-00375-B(14)*, which became final on March 26, 2021, for which he was sentenced to a term of imprisonment exceeding one year, specifically twenty years, and for which he remained in custody as of the commencement of the instant offense and continues to remain in custody as of the date of this Indictment.

In violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A).

## FORFEITURE

1.  The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2.  Upon conviction of a violation of 21 U.S.C. § 846, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.  If any of the property described above, as a result of any acts or omissions of the defendants:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

Case 4:25-mj-07154-ACE    ECF No. 1-1    filed 09/16/25    PageID.4    Page 3 of 3

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

           A TRUE BILL,

           [signature redacted]
           Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
KIRWINN MIKE
Assistant United States Attorney

By: _____
JOHN CANNIZZARRO
Assistant United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division